USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-10-11

RK&O | RICHARDS KIBBE & ORBE LLP

MEMO ENDORSED

Neil S. Binder
D 212.530.1809
F 917.344.8809
nbinder@rkollp.com

Time to answer or move extended to Feb 9 for defendant Dollar General.
SO ORDERED
[signature]
USDJ
1-10-11

January 7, 2011

By Fax

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Suzanne Cruise Creative Services, Inc., et al. v. Barrington Studios LTD, et al.,
10 Civ. 4293 (PKC)

Dear Judge Castel:

We represent defendant Dollar General Corporation ("Dollar General") in the above-referenced action and write to request a 30-day extension of time to February 9, 2011 for Dollar General to answer or otherwise respond to the complaint. Dollar General's response is currently due January 10, 2011.

This is Dollar General's first request for an extension of time, and plaintiff has consented to this request. The reason for this request is that we were retained only today and require time to investigate the allegations in the complaint and prepare a response.

Thank you for your consideration.

Respectfully submitted,

[signature] /AL

Neil S. Binder

cc: Tedd S. Levine, Esq. (via fax and email)
Kristina M. Mentone, Esq. (via fax and email)