01/19/2011  11:21    312-264-1000          REED SMITH LLP                    PAGE  02/02

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____            │
│ DATE FILED: _1-19-11_            │
└─────────────────────────────────┘
```

# ReedSmith

Jennifer Y. Depriest
Direct Phone: +1 312 207 6444
Email: jdepriest@reedsmith.com

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

## MEMO ENDORSED
### BY FACSIMILE

January 19, 2011

*[handwritten endorsement:]* As long as an attorney knowledgeable about the case is present (in addition to MS Depriest's presence by phone) I will allow Ms Depriest to appear by phone. SO ORDERED *[signature]* USDJ 1-19-11

Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Suzanne Cruise Creative Services, Inc. et al. v. Barrington Studios Ltd. et al.,*
      Case No. 10 CV 4293

Dear Hon. Castel:

I, along with my colleague, Kristina M. Mentone, represent defendants Barrington Studios Ltd. ("Barrington"), George Lencsak ("Lencsak"), Shopko Stores Operating Co., LLC ("Shopko"), and Fred Meyer Stores, Inc. ("Fred Meyer"), in the above-captioned case. I am writing in regard to the conference currently scheduled for February 2, 2011 at 2:30 p.m. (Dkt. No. 36.)

I have been admitted to appear *pro hac vice* on behalf of Defendants Barrington, Lencsak, Shopko and Fred Meyer. To comply with the Court's Initial Pretrial Conference Order, I respectfully write to request that the Court allow me to appear via telephone, as my office is located in Chicago, Illinois. I appreciate the Court's prior accommodation in this regard (for the September 28 initial case management hearing). Ms. Mentone has appeared in person before the Court in this matter. Ms. Mentone is recovering from surgery and will appear at the February 2 hearing in person if her recovery permits her attendance.

Respectfully Submitted,

*[signature]*

Jennifer Yule DePriest

cc:  Tedd S. Levine, LLC
     1010 Franklin Avenue, 2nd Floor
     Garden City, NY  11530

US_ACTIVE-105369116.1