# Affidavit of Process Server

USDC SOUTHERN DISTRICT OF NEW YORK
(NAME OF COURT)

| SUZANNE CRUISE CREATIVE SERVICES INC & LAURIE COOK | -vs- | CVS CAREMARK CORP A DELAWARE CORP | 10-CV-4293 PKC |
|---|---|---|---|
| PLAINTIFF / PETITIONER | | DEFENDANT/ RESPONDENT | CASE |

I declare that I am a Citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected. I was authorized by law to perform said service

**Service:** I served CVS CAREMARK CORPORATION  1 CVS DR WOONSOCKET RI
NAME OF PERSON / ENTITY BEING SERVICED)

with the (documents) SUMMONS, FIRST AMENDED COMPLAINT

by serving LEGAL DEPARTMENT
NAME                                                               RELATIONSHIP

at ☐ Home
☒ Business  ONE CVS DRIVE  WOONSOCKET RI

ON  21,   JANUARY 2011      at   12:30 pm
       DATE                              TIME

Thereafter copies of the documents were mailed prepaid, first class mail on _____
DATE

from _____
CITY                STATE

**Manner of Service:** ☒ By personally delivering copies to the person/authorized agent of entity being served.
☐ By leaving, during office hours, copies at the office of the person /entity being served, leaving same with the person apparently in charge thereof
☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older arid explaining the general nature of the papers.
☐ By posting copies in a conspicuous manner to the address of the person / entity being served.

**Non-Service:** After due search careful inquiry and diligent attempts at the address (es) listed above. I have been unable to effect process upon the person / entity being served because of the following reason(s):

☐ Unknown at Address      ☐ Evading               ☐ Moved, Left no forwarding         ☐ Other:
☐ Address Does Not Exist  ☐ Service Canceled by Litigant  ☐ Unable to Serve In a Timely Fashion

**Service Attempts:** Service Was attempted on ( ) ___ DATE ___ TIME ___ ( ) ___ DATE ___ TIME
( ) ___ DATE ___ TIME ___ ( ) ___ DATE ___ TIME: ___ ( ) ___ DATE ___ TIME

**Description:** Age: ___ Sex: ___ Race: ___ Hgt: ___ Wgt: ___ Hair: ___ Glasses: ___

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on
1/20/11    at  WARWICK       RI
DATE            CITY          STATE

state of  RHODE ISLAND
county of  PROVIDENCE

_____
Constable

subscribed and sworn before me, a notary public, this  21ST  day of  January, 2010.

WITNESS MY HAND AND OFFICIAL SEAL TO

_____
NOTARY PUBLIC

MONA MARDINI

Note: