UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
SUZANNE CRUISE CREATIVE SERVICES, INC.,     :    10 Civ. 4293 (DLC)
THE CLEVER FACTORY, INC., and LAURIE        :
COOK,                                       :         ORDER
                            Plaintiffs,     :
                                            :
            -v-                             :
                                            :
BARRINGTON STUDIOS LTD. et al.,             :
                                            :
                            Defendants.     :
                                            :
-------------------------------------------X

DENISE COTE, District Judge:

    This case having been reassigned to me for all purposes, it is hereby

    ORDERED that the March 11, 2011 conference is rescheduled to **March 25, 2011** at **4 p.m.** in Courtroom 11B.

    By the date of the initial pretrial conference, counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing.

    Counsel for all parties are directed to appear for an initial pretrial conference with the Court, at the time and place listed below. Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at Fed.R.Civ.P. 16 conference, and to prepare a detailed written proposed schedule for any motions and discovery. Prior to the date of the conference, all parties must send the Court one copy of all pleadings.

    If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: orders_and_judgments@nysd.uscourts.gov.

    All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to appear promptly. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

Requests for adjournment may be made only in a writing received not later than two business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

Dated:    New York, New York
          February 9, 2011

                                      _____/s/ Denise Cote_____
                                           DENISE COTE
                                    United States District Judge