UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SUZANNE CRUISE CREATIVE SERVICES, INC., :
THE CLEVER FACTORY, INC., and LAURIE    :
COOK,                                   :    10 Civ. 4293 (DLC)
                          Plaintiffs,   :
                                        :    ORDER
            -v-                         :
                                        :
BARRINGTON STUDIOS LTD. et al.,         :
                          Defendants.   :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   On January 26, 2011, defendant George Lencsak filed a motion to dismiss the plaintiffs' amended complaint. It is hereby

   ORDERED that plaintiffs shall serve any opposition to the motion to dismiss by February 18, 2011. Defendant's reply, if any, shall be served by February 25. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

   SO ORDERED:

Dated:   New York, New York
         February 9, 2011

                              _____
                                      DENISE COTE
                              United States District Judge