UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZANNE CRUISE CREATIVE SERVICES, INC., a Kansas corporation, and LAURIE COOK, an individual,<br><br>    Plaintiffs,<br><br>-v-<br><br>BARRINGTON STUDIOS LTD, a New Hampshire corporation, ANTHONY SPERANDEO, an individual, GEORGE LENCSAK, an individual, SHOPKO STORES OPERATING CO., LLC, a Delaware Limited Liability Company, FRED MEYER STORES, INC., a Delaware corporation, WAL-MART STORES, INC., a Delaware corporation, CVS CAREMARK CORPORATION, a Delaware corporation, DOLLAR GENERAL CORPORATION, a Tennessee corporation, DOLLAR TREE, INC., a Virginia corporation, BIG LOTS, INC., a Delaware corporation, and Does 1-20,<br><br>    Defendants. | CIVIL ACTION<br><br>Index No:  10-cv-4293 (DLC)<br><br>**ECF Filed** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** the undersigned, Kristina M. Mentone, and attorney admitted in this matter *pro hac vice* Jennifer Yule DePriest, of Reed Smith LLP, hereby appear on behalf of Defendant Dollar General Corporation and hereby request that all pleadings and other filings regarding this matter be served upon the undersigned attorneys at the office listed below and hereby request electronic notification of all papers filed with the Court by notice upon the following email address:  kmentone@reedsmith.com.

- 2 -

I certify that I am admitted to practice in this Court.

| | | |
|---|---|---|
| Dated: | New York, New York<br>February 9, 2011 | REED SMITH LLP |

By:  /s Kristina M. Mentone
Kristina M. Mentone (KM-1184)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400 (Telephone)
(212) 521-5450 (Facsimile)
kmentone@reedsmith.com

Jennifer Yule DePriest (admitted *pro hac vice*)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
(312) 207-1000 (Telephone)
(312) 207-6400 (Facsimile)
jdepriest@reedsmith.com

*Attorneys for Barrington Studios Ltd., George Lencsak, Shopko Stores Operating Co., LLC, Fred Meyer Stores, Inc. and Dollar General Corporation*