UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZANNE CRUISE CREATIVE SERVICES, INC., a Kansas corporation, and LAURIE COOK, an individual,<br><br>Plaintiffs,<br><br>-v-<br><br>BARRINGTON STUDIOS LTD, a New Hampshire corporation, ANTHONY SPERANDEO, an individual, GEORGE LENCSAK, an individual, SHOPKO STORES OPERATING CO., LLC, a Delaware Limited Liability Company, FRED MEYER STORES, INC., a Delaware corporation, WAL-MART STORES, INC., a Delaware corporation, CVS CAREMARK CORPORATION, a Delaware corporation, DOLLAR GENERAL CORPORATION, a Tennessee corporation, DOLLAR TREE, INC., a Virginia corporation, BIG LOTS, INC., a Delaware corporation, and Does 1-20,<br><br>Defendants. | CIVIL ACTION<br><br>Index No: 10-cv-4293 (DLC)<br><br>**ECF Filed**<br><br>**DOLLAR GENERAL CORPORATION'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Fed. R. Civ. P. 7.1, undersigned counsel for Dollar General Corporation ("Defendant") certifies that Defendant has no corporate parent corporation and that no publicly-held corporation in the United States owns 10% or more of its stock.

Dated: February 10, 2011.

              REED SMITH LLP

              By: /s/ Kristina Mentone
                Kristina Mentone (KM 1184)
                Email: kmentone@reedsmith.com
                REED SMITH LLP
                599 Lexington Avenue
                New York, New York 10022
                (212) 521-5400
                *Counsel for Defendants Barrington Studios Ltd., George Lencsak, Shopko Stores Operating Co., LLC, Fred Meyer Stores, Inc., and Dollar General Corporation*