

**THE LAW OFFICES OF**

# TEDD S. LEVINE, LLC

LAWOFFICESOFTEDDSLEVINE@GMAIL.COM

TEDD S. LEVINE
ADMITTED NY, NJ, CT

1010 FRANKLIN AVENUE, 2ND FLOOR
GARDEN CITY, NY 11530
TELEPHONE 516-294-6852
FACSIMILE 516-294-4860



*VIA OVERNIGHT MAIL*

February 15, 2011

Honorable Denise L. Cote        2/16/11
UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007-1312

Re: **Suzanne Cruise Creative Services, Inc., et al. v. Barrington Studios Ltd., et al.**
 **Case No. 10-cv-4293**

Dear Judge Cote:

This firm represents plaintiffs in the above referenced matter. I am writing with the agreement of Jennifer DePriest, counsel for defendants Barrington, Lencsak, Shopko, CVS, Big Lots, Dollar General, and Fred Meyer, to request the following briefing schedule relating to defendant Lencsak's motion to dismiss the Complaint:

> Opposition due - March 15, 2011
> Reply to Opposition due – March 29, 2011

While both counsel recognize that the rules provide for ten days to reply to opposition papers, based on Ms. DePriest's travel schedule we respectfully request the additional time.

In addition to the above request, in lieu of amending the Complaint or otherwise filing a formal stipulation, it is respectfully requested that the Amended Complaint be modified to read CVS Pharmacy, Inc., a Rhode Island Corporation, in replace of CVS Caremark Corporation, a Delaware Corporation.

Thank you for your kind consideration.

Respectfully submitted,

THE LAW OFFICES OF TEDD S. LEVINE, LLC

By:_____
        Tedd S. Levine, Esq.

cc:  Jennifer Yule DePriest, Esq.

TSL/tl

*Granted. The initial conference is adjourned to 4/29 at 3:30 p. Denise Cote Feb. 16, 2011*