```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
SUZANNE CRUISE CREATIVE SERVICES, INC.,    :
THE CLEVER FACTORY, INC., and LAURIE       :
COOK,                                      :   10 Civ. 4293 (DLC)
                         Plaintiffs,       :
                                           :        ORDER
            -v-                            :
                                           :
BARRINGTON STUDIOS LTD. et al.,            :
                         Defendants.       :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

On March 3, 2011, the Court received a letter from defendants Barrington Studios Ltd., George Lencsak, Shopko Stores Operating Co., LLC, Fred Meyer Stores, Inc., CVS Caremark Corporation, Big Lots, Inc., and Dollar General Corporation requesting that the Court refer the parties to a magistrate judge for settlement discussions and stay the briefing schedule in this case.  It is hereby

ORDERED that the parties shall contact Magistrate Judge Freeman by March 11, 2011 to schedule settlement discussions.

IT IS FURTHER ORDERED that the defendants' time to answer the complaint and the briefing schedule for the motion to

2

dismiss is stayed.  The April 29, 2011 initial pretrial conference will proceed as scheduled.

    SO ORDERED:

Dated:    New York, New York
          March 8, 2011

                          DENISE COTE
                     United States District Judge