UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
SUZANNE CRUISE CREATIVE SERVICES, INC.,   :
THE CLEVER FACTORY, INC., and LAURIE      :
COOK,                                     :   10 Civ. 4293 (DLC) (DF)
                         Plaintiffs,      :
                                          :        ORDER OF
              -v-                         :     REFERENCE TO A
                                          :    MAGISTRATE JUDGE
BARRINGTON STUDIOS LTD. et al.,           :
                         Defendants.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     The above entitled action is referred to the designated
Magistrate Judge for the following purpose(s):

\_\_\_   General Pretrial (includes          \_\_\_   Consent under 28 U.S.C. §
       scheduling, discovery, non-                636(c) for all purposes
       dispositive pretrial motions,              (including trial)
       and settlement)

\_\_\_   Specific Non-Dispositive             \_\_\_   Consent under 28 U.S.C. §
       Motion/Dispute                            636(c) for limited purpose
                                                  (e.g., dispositive motion,
       _____           preliminary injunction)
                                                  Purpose:

                                                  _____

       If referral is for discovery     \_\_\_   Habeas Corpus
       disputes when the District
       Judge is unavailable, the
       time period of the referral:

       _____

 X     Settlement                       \_\_\_   Social Security

       SO ORDERED:

Dated:     New York, New York
           March 8, 2011
                                        _____
                                              DENISE COTE
                                        United States District Judge