```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SUZANNE CRUISE CREATIVE SERVICES, INC., :
THE CLEVER FACTORY, INC., and LAURIE    :
COOK,                                   :    10 Civ. 4293 (DLC)
                    Plaintiffs,         :
                                        :         ORDER
          -v-                           :
                                        :
BARRINGTON STUDIOS LTD. et al.,         :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On January 26, 2011, defendant George Lencsak filed a motion to dismiss the plaintiffs' amended complaint.  By Order of March 8, the Court stayed the briefing schedule for the motion to dismiss pending the outcome of settlement discussions before Judge Freeman.  Having received a letter of April 5 from the plaintiffs advising the Court that settlement discussions were not successful, it is hereby

ORDERED that plaintiffs shall serve any opposition to the motion to dismiss by May 13, 2011.  Defendants' reply, if any, shall be served by May 20, 2011.  At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for April 29, 2011 is rescheduled to June 1, 2011 at 3 p.m.

SO ORDERED:

Dated:   New York, New York
         April 11, 2011

                                    _____
                                          DENISE COTE
                                    United States District Judge

2