# ReedSmith    MEMO ENDORSED




Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Kristina M. Mentone**
Direct Phone: +1 212 549 0216
Email: kmentone@reedsmith.com

May 16, 2011

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re:   *Suzanne Cruise Creative Services, Inc. et al. v. Barrington Studios Ltd. et al.*,
Case No. 10 CV 4293 (DLC)

Dear Judge Cote:

We represent Barrington Studios Ltd., George Lencsak, Shopko Stores Operating Co., LLC, Fred Meyer Stores, Inc., CVS Caremark Corporation, Big Lots, Inc., and Dollar General Corporation. I am writing to request a one-week extension for the reply brief on the Motion to Dismiss Defendant George Lencsak in the above-captioned matter.

By order dated April 11, 2011, defendant Lencsak is required to file his reply brief by May 20, 2011. The parties are currently working to resolve this matter, and to that end, have a settlement conference scheduled for Monday, May 23, 2011 with Magistrate Judge Freeman. We are actively engaged in pre-settlement conference efforts in order to make Monday's conference as effective as possible. As a result, we respectfully request that the deadline for Mr. Lencsak's reply brief be extended until May 27, 2011.

Counsel for plaintiffs has consented to this extension. This is the first request for an extension on defendant Lencsak's reply brief in support of his motion to dismiss. The extension would not affect any other deadlines in this case.

Thank you for your consideration of this matter.

Respectfully submitted,

Kristina M. Mentone

KMM:eg

*Granted. There shall be no further extension.*

*[signed] Denise Cote*
*May 17, 2011*

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-106259416.1