# ReedSmith



Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

Kristina M. Mentone
Direct Phone: +1 212 549 0216
Email: kmentone@reedsmith.com

July 12, 2011

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**MEMO ENDORSED**

Re: *Suzanne Cruise Creative Services, Inc. et al. v. Barrington Studios Ltd. et al.*,
Case No. 10 CV 4293 (DLC)

Dear Judge Cote:

We represent Barrington Studios Ltd., George Lencsak, Shopko Stores Operating Co., LLC, Fred Meyer Stores, Inc., CVS Caremark Corporation, Big Lots, Inc., and Dollar General Corporation. I am writing regarding the status conference currently scheduled with your Honor for Friday, July 15, 2011. On May 23, 2011 the parties attended a mediation conference before Magistrate Judge Freeman. Since that date, the parties have been actively engaged in productive settlement discussions including several conference calls with Magistrate Judge Freeman. While we are mindful that Your Honor granted an adjournment of the initial conference on May 25, 2011 based upon a similar request, the parties to this matter are very close to reaching a final settlement agreement. We therefore respectfully request that your Honor adjourn the status conference until Monday, August 15, 2011, with the expectation that the parties will have finalized a settlement agreement prior to that date.

Plaintiffs jointly request this adjournment.

Thank you for your consideration of this matter.

Respectfully submitted,

Kristina M. Mentone

KMM:eg

cc: Jennifer DePriest *(via e-mail)*
    Tedd Levine *(via facsimile)*

*The conference is adjourned to August 26 at 10:00 am. There shall be no further adjournment.*

*Denise Cote*
*July 13, 2011*

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-106714255.1